UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                   :

  UNITED STATES OF AMERICA,         :

                                   :

                -v-             :               1:21-cr-193-GHW-1

                                   :

  ERIC SPENCER,                   :                ORDER

                                   :

                     Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     A remote proceeding is scheduled in this matter on May 18, 2021 at 9:00 a.m. Members of

the public who wish to audit the proceeding may do so using the following dial-in information:

(855) 268-7844; Access Code: 67812309#; PIN: 9921299#.

     SO ORDERED.

Dated: May 12, 2021
       New York, New York

                                            GREGORY H. WOODS
                                     United States District Judge