March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ERIC SPENCER

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE OR**
**TELECONFERENCE**

21 -CR-193 (GHW)

Defendant ___ERIC SPENCER___ hereby voluntarily consents to
participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

For Mr. Spencer on consent

___May 18, 2021___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ERIC SPENCER
Print Defendant's Name

Defense Counsel's Signature

AARON M. GOLDSMITH
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing or teleconferencing technology.

___May 18, 2021___
Date

U.S. District Judge