USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                    -v-                                     :              1:21-cr-193-GHW
                                                            :
    ERIC SPENCER,                                           :                  ORDER
                                                            :
                              Defendant.  :
                                                            :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of defendant ERIC SPENCER, by and through his attorney, **AARON M. GOLDSMITH**, and with the consent of the Government, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, by and through **MATTHEW R. SHAHABIAN**, Assistant United States Attorney, it is hereby ORDERED that the status conference in this matter scheduled for June 18, 2021 is adjourned to June 28, 2021 at 9:00 a.m.  The conference will be held remotely.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will afford the defendant and his counsel additional time to review discovery.  Accordingly, it is further ORDERED that the time from the date of this order through June 28, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated:  June 17, 2021
        New York, New York          _____
                                         GREGORY H. WOODS
                                      United States District Judge