| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>   UNITED STATES OF AMERICA,<br><br>                        -v-<br><br>   ERIC SPENCER,<br>                                  Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/23/2021<br><br><br>1:21-cr-193-GHW-1<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

      A remote proceeding is scheduled in this matter on June 28, 2021 at 9:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 67812309#; PIN: 9921299#.

      SO ORDERED.

Dated: June 23, 2021

                                                           _____<br>                                                            GREGORY H. WOODS<br>                                                       United States District Judge