USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                           :

UNITED STATES OF AMERICA            :

                                                                           :           1:21-cr-193-GHW

                  -against-                 :

                                                                           :           ORDER

ERIC SPENCER,                            :

                                               Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 29, 2021, counsel for Defendant requested an adjournment of the trial. Dkt. No. 21. That request is granted. Trial in this matter will commence on Monday, March 14, 2022 at 9:00 a.m. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. All other deadlines laid out in the Court's September 28, 2021 Order, Dkt. No. 20, remain in effect.

The clerk of court is directed to terminate the motion currently pending at Dkt. No. 21.

SO ORDERED.

Dated: September 30, 2021
New York, New York

                                                                          _____
                                                                           GREGORY H. WOODS
                                                                       United States District Judge