```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA           :
                                                        :
                                                        :          1:21-cr-193-GHW
                -against-             :
                                                        :              <u>ORDER</u>
ERIC SPENCER,                          :
                                                        :
                                    Defendant.:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On September 28, 2021, the Court scheduled a hearing for December 3, 2021 in anticipation of any defense motions requiring a hearing. Dkt. No. 20. Pretrial motions by Defendant were due no later than October 18, 2021. Accordingly, the hearing scheduled for December 3, 2021 is adjourned *sine die*.

       SO ORDERED.

Dated: November 22, 2021
New York, New York

                                                                    _____
                                                                      GREGORY H. WOODS
                                                                 United States District Judge