USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                       :

UNITED STATES OF AMERICA          :

                       :

                       :             1:21-cr-193-GHW

            -against-       :

                       :             <u>ORDER</u>

ERIC SPENCER,               :

                       :

                Defendant.:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        On September 30, 2021, the Court scheduled the jury trial in this case to begin on March 14,

2022. Dkt. No. 22. The jury trial is adjourned to Tuesday, March 22, 2022 at 9:00 a.m. Trial will

take place in a courtroom to be determined in the United States District Court for the Southern

District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York,

New York, 10007. All other deadlines laid out in the Court's September 28, 2021 Order, Dkt. No.

20, remain in effect.

        SO ORDERED.

Dated:  December 1, 2021
       New York, New York

                                _____
                                  GREGORY H. WOODS
                              United States District Judge