USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA

               -against-

    ERIC SPENCER,

                         Defendant.
------------------------------------------------------------X

1:21-cr-193-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received the December 14, 2021 application by Mr. Goldsmith to withdraw as counsel for Mr. Spencer. Dkt. No. 26. The Court will hold a conference to discuss the application on December 17, 2021 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to appear for the conference at that time.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

    SO ORDERED.

Dated: December 15, 2021
New York, New York

                                                        GREGORY H. WOODS
                                                   United States District Judge