```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

         -v-

ERIC SPENCER             ,                    21-CR-193(GHW)
                  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

Defendant __ERIC SPENCER_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference - hearing on Counsel Motion to Withdraw

___  Misdemeanor Plea/Trial/Sentence


s/Eric Spencer
_____                    _____
Defendant's Signature                                 Defense Counsel's Signature
(Judge may obtain verbal consent on                   Aaron M. Goldsmith, Esq.
Record and Sign for Defendant)

Eric Spencer - by attorney
Goldsmith with consent
_____                    _____
Print Defendant's Name                                Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing or teleconferencing technology.


December 22, 2021
_____                            _____
Date                                                 U.S. District Judge