# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22

## CAHILL GORDON & REINDEL LLP
### 32 OLD SLIP
### NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JONATHAN D. THIER |
| DAVID L. BARASH | JASON M. HALL | WWW.CAHILL.COM | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | | EDWARD N. MOSS | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | NOAH B. NEWITZ | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | LONDON EC3M 3BY | SHEILA C. RAMESH | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | OLEG REZZY | |
| SEAN M. DAVIS | RICHARD KELLY | | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

(212) 701-3207

Re:   *United States* v. *Eric Spencer*, 1:21-CR-193 (GHW)

January 24, 2022

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2260
New York, New York 10007

Dear Judge Woods:

    We respectfully submit this letter on behalf of the defendant Eric Spencer. The Court has scheduled a conference to discuss Mr. Spencer's bail application on January 27, 2022 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Anirudh Bansal and Lauren Riddell are both attorneys admitted to practice before the Southern District of New York and will be attending the bail review hearing. Mr. Bansal's attorney access card expired during the pandemic, and he has been unable to renew it. Ms. Riddell was admitted to the Southern District of New York during the pandemic, and has not yet applied for an attorney access card. Mr. Bansal and Ms. Riddell will complete the required paperwork as quickly as possible. In the meantime, we respectfully request the Court to issue an order permitting Mr. Bansal and Ms. Riddell to bring cell phones into the courtroom.

Application granted. The Court has entered the requested order separately.

Respectfully submitted,

/s/ Lauren Riddell
Lauren Riddell

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 46.

SO ORDERED.

Dated: January 25, 2022
New York, New York

GREGORY H. WOODS
United States District Judge