## CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3R 8AJ | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | DARREN SILVER | |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

(212) 701-3207

## **MEMORANDUM ENDORSED**                              January 26, 2022

Re:   *United States* v. *Eric Spencer*, 1: 21-CR-193 (GHW)

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2022
```

Dear Judge Woods:

As the Court is aware, I am lead counsel for the defendant Eric Spencer in the above-referenced matter, assisted by my colleagues including Lauren Riddell. I am writing respectfully to request that Ms. Riddell, who is intimately familiar with the relevant facts and legal issues, be permitted to take the lead in arguing on Mr. Spencer's behalf at the January 27, 2022 appearance.

I have worked closely with Ms. Riddell in Mr. Spencer's defense, including with respect to the preparation of the bail motion at issue. Ms. Riddell is an excellent lawyer who has played an integral role in our representation of Mr. Spencer. I have consulted with Mr. Spencer, who is comfortable with Ms. Riddell taking the lead in the argument, and I will be fully prepared to assist should the need arise.

Thank you for the Court's consideration of this request. We stand ready to supply any additional information the Court may require.

CAHILL GORDON & REINDEL LLP

-2-

                                  Respectfully submitted,

                                  /s/ Anirudh Bansal
                                  Anirudh Bansal

The Court will take up this application during the hearing scheduled for January 27, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.

SO ORDERED.
Dated:  January 26, 2022
New York, New York

                        GREGORY H. WOODS
                        United States District Judge