# CAHILL GORDON & REINDEL LLP
### 32 OLD SLIP
### NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JONATHAN D. THIER |
| DAVID L. BARASH | JASON M. HALL | ——— | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | | EDWARD N. MOSS | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | NOAH B. NEWITZ | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | LONDON EC3M 3BY | SHEILA C. RAMESH | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | ——— | OLEG REZZY | |
| SEAN M. DAVIS | RICHARD KELLY | | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | JONATHAN A. SCHAFFZIN | |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

(212) 701-3207

## **MEMORANDUM ENDORSED**                                     March 4, 2022

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2022
```

Dear Judge Woods:

      Re:     <u>United States v. Eric Spencer</u>, 1:21-CR-193 (GHW)

      We, the undersigned counsel for the defendant Eric Spencer, respectfully submit this letter to request that he be transferred from the Essex County, New Jersey Correctional Facility to the Metropolitan Detention Center – Brooklyn ("MDC")[1] immediately and through the conclusion of his trial, which is scheduled to commence on March 22, 2022. The Government has no objection to this application.

      Throughout our representation of Mr. Spencer, we have experienced significant difficulty communicating with him because of his pretrial detention at the non-Federal Essex County facility. The facility still does not permit in-person visits, and we were informed by facility personnel yesterday that this is not expected to change in the near term. We are therefore forced to try to communicate with Mr. Spencer by telephone, which under any circumstances would make it difficult to review the voluminous discovery in this case with him. But even our scheduled calls are routinely canceled at the last minute, or the facility calls so long after the agreed-upon time that we are no longer available. Calls also frequently disconnect, as happened twice during a call

---

[1]     We understand the Metropolitan Correction Center ("MCC") is closed.

CAHILL GORDON & REINDEL LLP

-2-

on March 2. And when this happens we are unable to call Mr. Spencer back, but rather the facility must call us back, which it sometimes does not do.

Nor can we communicate with Mr. Spencer by email, since Essex County does not provide inmates access to privileged email, a service that is provided to Federal pretrial detainees. This will become even more prejudicial when we receive the Government's 3500 material today, since it will be extremely challenging to discuss that material with Mr. Spencer, and prepare to cross-examine the Government's witnesses, with no in-person or email communication, and sporadic and unreliable telephone contact.

We have tried hard to be accommodating of the non-Federal, out-of-state facility's limitations. The Government has also asked the facility on our behalf to resolve the communications issues, but even this has had no apparent effect, and so we are forced to seek the assistance of the Court.

Mr. Spencer's trial is under three weeks away, so we are not asking that he be transferred for any prolonged period. If, on the other hand, Mr. Spencer remains at the Essex County jail, we are certain our difficulties in communicating with him will persist, and we have real concerns about our ability to mount an effective defense if they do. Accordingly, we respectfully request that the Court order the Marshals Service and Bureau of Prisons to transfer Mr. Spencer to the MDC through the end of his trial.

As indicated, the Government has no objection to this application, and has kindly agreed to reach out to the Marshals Service to request the transfer. We are hopeful that the Marshals Service will accommodate the request, but in the interest of time, particularly in light of the approaching trial, we respectfully request that the Court order the transfer.

The Court has reviewed Defendant's March 4, 2022 letter regarding Mr. Spencer's possible transfer from Essex County to the MDC. The Court is encouraged to hear that the United States Attorney's Office is working with the Marshals Service and defense counsel to facilitate this transfer. Given the above proffer from defense counsel, it appears that Mr. Spencer's transfer to the MDC would be useful in anticipation of trial.

If Mr. Spencer has not been transferred to the MDC before the final pretrial conference on March 8, 2022, the Court directs an official from the Bureau of Prisons to appear at the final pretrial conference to discuss the possibility of Mr. Spencer's transfer to the MDC.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.

Respectfully submitted,

/s/ Anirudh Bansal
Anirudh Bansal
Lauren Riddell
Samuel Weiner

SO ORDERED.

Dated: March 4, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge