```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA       :

                            -against-            :      1:21-cr-193-GHW

                                           :      ORDER
    ERIC SPENCER,

                            Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the March 8, 2022 final pretrial conference, the government's motion *in limine* requesting the admission of certain out of court statements is granted in part and denied in part.

    In light of the government's request to file supplemental briefing on the admission of these out of court statements, the parties are directed to comply with the following schedule: any supplemental briefing by the government is due on or before Friday, March 11, 2022 at 5:00 p.m. Defendant's opposition is due on or before Tuesday, March 15, 2022 at 5:00 p.m. The government's reply, if any, is due on or before Wednesday, March 16, 2022 at 5:00 p.m.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60.

    SO ORDERED.

Dated: March 8, 2022
New York, New York

                                                                             _____
                                                                             GREGORY H. WOODS
                                                                        United States District Judge