| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>:<br>UNITED STATES OF AMERICA     :<br>:<br>:<br>:<br>-against-     :<br>:<br>ERIC SPENCER,     :<br>:<br>Defendant.:<br>-----------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/15/2022<br><br>1:21-cr-193-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

In light of the defendant's refusal to be produced for the March 15, 2022 conference, a status conference in this case has been scheduled to take place on **March 16, 2022 at 3:00 p.m.** The defendant is ordered to appear at that time.

SO ORDERED.

Dated: March 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge