```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

UNITED STATES OF AMERICA,

                              :    **ORDER**

  – v. –

                              :    21 Cr. 193 (GHW)

ERIC SPENCER,

                              :

                Defendant.

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Court hereby authorizes the United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") to use reasonable force necessary to remove the defendant, Eric Spencer, from the Metropolitan Detention Center – Brooklyn ("MDC Brooklyn") to appear at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, New York 10007 by 3:00 p.m. on March 16, 2022.

Dated:    New York, New York
            March 15, 2022

                                        _____
                                        THE HONORABLE GREGORY H. WOODS
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK