UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA  :
:
:
:                                          1:21-cr-193-GHW
         -against-                         :
:                                          ORDER
ERIC SPENCER,                              :
:
                                Defendant.:
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2022
```

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record on March 22, 2022, the Government's letter motion to preclude certain cross-examination of Security Guard-3 is granted.  Dkt. No. 89.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 89.

SO ORDERED.

Dated:  March 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge