```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
     UNITED STATES OF AMERICA,                                 :
                                                               :
                                                               :
                       -v-                                     :
                                                               :      1:21-cr-193-GHW-1
                                                               :
     ERIC SPENCER,                                             :              ORDER
                                                               :
                                      Defendant.               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022

GREGORY H. WOODS, United States District Judge:

The conference scheduled in this matter for April 28, 2022 is adjourned to May 12, 2022 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 28, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge