CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2022

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| ANIRUDH BANSAL | PATRICK GORDON | | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| DAVID L. BARASH | JASON M. HALL | 1990 K STREET, N.W. | EDWARD N. MOSS | HERBERT S. WASHER |
| LANDIS C. BEST | STEPHEN HARPER | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | MICHAEL B. WEISS |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | (202) 862-8900 | WARREN NEWTON § | DAVID WISHENGRAD |
| BROCKTON B. BOSSON | NOLA B. HELLER | | DAVID R. OWEN | C. ANTHONY WOLFE |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | COREY WRIGHT |
| DONNA M. BRYAN | DOUGLAS S. HOROWITZ | 20 FENCHURCH STREET | LUIS R. PENALVER | ELIZABETH M. YAHL |
| JOYDEEP CHOUDHURI * | TIMOTHY B. HOWELL | LONDON EC3M 3BY | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JAMES J. CLARK | DAVID G. JANUSZEWSKI | +44 (0) 20 7920 9800 | SHEILA C. RAMESH | |
| CHRISTOPHER W. CLEMENT | ELAI KATZ | | MICHAEL W. REDDY | |
| LISA COLLIER | JAKE KEAVENY | | OLEG REZZY | |
| AYANO K. CREED | BRIAN S. KELLEHER | WRITER'S DIRECT NUMBER | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| PRUE CRIDDLE ± | RICHARD KELLY | | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| SEAN M. DAVIS | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | |
| STUART G. DOWNING | JOEL KURTZBERG | | ANDREW SCHWARTZ | ‡ ADMITTED IN DC ONLY |
| ADAM M. DWORKIN | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ANASTASIA EFIMOVA | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| JENNIFER B. EZRING | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

(212) 701-3207

# MEMORANDUM ENDORSED

May 9, 2022

Re:   *United States* v. *Eric Spencer*, 1:21-CR-193 (GHW)

The Honorable Gregory H. Woods
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2260
New York, New York 10007

Dear Judge Woods:

A conference on the defendant Eric Spencer's motion under Federal Rule of Criminal Procedure 29(c) is scheduled for May 12, 2022.

I am writing respectfully to request a brief adjournment of the conference, to May 18, 2022, on which date we are informed the Court is available. The Government has indicated that it is also available on that date.

CAHILL GORDON & REINDEL LLP

-2-

    Thank you in advance for the Court's consideration of this request. We stand ready to provide any additional information the Court may require.

                  Respectfully submitted,

                  /s/ Anirudh Bansal
                  Anirudh Bansal

Application granted. The hearing scheduled to take place on May 12, 2022 is adjourned to May 18, 2022 at 10:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 114.

SO ORDERED.
Dated: May 9, 2022

            _____
            GREGORY H. WOODS
            United States District Judge

cc (via ECF): Jane Chong, Assistant United States Attorney
        Matthew Shahabian, Assistant United States Attorney