USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES,

                -v-                           1:21-cr-00193-GHW

    ERIC SPENCER,                          ORDER

                     Defendant(s).
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the conference held on May 18, 2022,

    Defendant's motion for a judgment of acquittal under Fed. R. Crim. P. 29(c) is denied.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 111.

SO ORDERED.

Dated: May 18, 2022
        New York, New York

                                                            GREGORY H. WOODS
                                                     United States District Judge