USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2022

# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JONATHAN BROWNSON *
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
LISA COLLIER
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL

ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N. W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
EDWARD N. MOSS
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH

ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
COREY WRIGHT
ELIZABETH M. YAHL
JOSHUA M. ZELIG

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

(212) 701-3207

## MEMORANDUM ENDORSED

June 24, 2022

Re:   *United States* v. *Eric Spencer*, 1:21-CR-193 (GHW)

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2260
New York, New York 10007

Dear Judge Woods:

We respectfully submit this letter to request an adjournment of Mr. Spencer's sentencing, currently scheduled for Thursday, June 30, 2022. The Government has consented to this request.

The reason for our request is that Mr. Spencer has been unable to visit with his mother and sister for the duration of his pretrial detention at the Metropolitan Detention Center in Brooklyn, despite efforts by both defense counsel and the Government to facilitate visitation. Once sentenced, Mr. Spencer may be designated to a facility far from New York (as defendants often are) where his family will be unable to travel to visit him. Mr. Spencer merely wants to visit his mother and sister before being sentenced and designated, which could deprive them of any contact with him for the duration of the sentence.

Accordingly, we respectfully request a one-month adjournment of Mr. Spencer's sentencing date to permit his family to visit him.

Naturally, this request is unrelated to counsel's preparedness for sentencing, as we have already made our sentencing submission on Monday, June 20, 2022. As indicated, the Government has consented to this request.

CAHILL GORDON & REINDEL LLP

-2-

Thank you in advance for the Court's consideration of this request. We stand ready to supply any additional information the Court may require.

Respectfully submitted,

/s/ *Anirudh Bansal*
Anirudh Bansal

Application denied. Counsel for the United States may be able to provide the defendant with an estimate of the amount of time that will elapse between sentencing and designation. The Court anticipates that some time will elapse between those events.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 123.

SO ORDERED.
Dated: June 24, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge