**MEMORANDUM ENDORSED**

CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| ANIRUDH BANSAL | PATRICK GORDON | _____ | EDWARD N. MOSS | HERBERT S. WASHER |
| DAVID L. BARASH | JASON M. HALL | | NOAH B. NEWITZ | MICHAEL B. WEISS |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | WARREN NEWTON § | DAVID WISHENGRAD |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | DAVID R. OWEN | C. ANTHONY WOLFE |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | JOHN PAPACHRISTOS | COREY WRIGHT |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | LUIS R. PENALVER | ELIZABETH M. YAHL |
| DONNA M. BRYAN | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JOYDEEP CHOUDHURI * | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | SHEILA C. RAMESH | |
| JAMES J. CLARK | ELAI KATZ | LONDON EC3M 3BY | MICHAEL W. REDDY | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | +44 (0) 20 7920 9800 | OLEG REZZY | |
| LISA COLLIER | BRIAN S. KELLEHER | _____ | THORN ROSENTHAL | |
| AYANO K. CREED | RICHARD KELLY | | TAMMY L. ROY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| PRUE CRIDDLE ± | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| SEAN M. DAVIS | JOEL KURTZBERG | | ANDREW SCHWARTZ | |
| STUART G. DOWNING | TED B. LACEY | | DARREN SILVER | ‡ ADMITTED IN DC ONLY |
| ADAM M. DWORKIN | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| HELENA S. FRANCESCHI | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |
| JOAN MURTAGH FRANKEL | BRIAN T. MARKLEY | | ANTHONY K. TAMA | |

(212) 701-3207

June 27, 2022

Re:   *United States* v. *Eric Spencer*, 1:21-CR-193 (GHW)

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2022
```

Dear Judge Woods:

  We respectfully submit this letter to request permission to replace the sentencing letters filed in support of Mr. Spencer on June 20, 2022 (ECF No. 121-1) with the attached Exhibit A, which contains additional redactions.

  The reason for our request is that Mr. Spencer's mother contacted defense counsel today and asked that the additional redacted information, which contains specific details about the health of Mr. Spencer's sister, not be part of the public record. Defense counsel did not redact this information because it is related to information referring more generally to the health of Mr. Spencer's sister that is already in the public record as part of Mr. Spencer's motion for bail and related hearing. However, in light of this request from Mr. Spencer's family, we wish to request permission to replace the letters.

  Thank you in advance for the Court's consideration of this request. We stand ready to supply any additional information the Court may require.

CAHILL GORDON & REINDEL LLP

-2-

Respectfully submitted,

/s/ *Anirudh Bansal*
Anirudh Bansal

Application granted. The Clerk of Court is directed to change the viewing level for the letters filed at Dkt. No. 121-A to parties only.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 125.

SO ORDERED.

Dated: June 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge